UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. PICKLES FRANCHISE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARK T. GALISATUS, doing business as DUGOUT DELI, <br><br> Defendant. | No. 2:21-cv-01003-MCE-DB <br><br><br> **ORDER** |

The Court is in receipt of Defendant's Notice of Filing Bankruptcy.  ECF No. 18.  This case is accordingly STAYED, and the motion for preliminary injunction filed at ECF No. 4) is DENIED without prejudice to renewal at such time the stay is lifted.  Not later than ninety (90) days following the date this order is electronically filed, and every ninety (90) days thereafter until the stay is lifted, the parties are directed to file a joint status report advising the Court of the status of the bankruptcy proceedings.

IT IS SO ORDERED.

Dated:  September 28, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE