UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MR. PICKLE'S FRANCHISE
SYSTEMS, LLC,

         Plaintiff,

   v.

MARK T. GALISATUS d/b/a
DUGOUT DELI,

         Defendant.

No. 2:21-cv-01003 WBS DB

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for August 1, 2022, and makes the following findings and orders without needing to consult with the parties any further.

I.   SERVICE OF PROCESS

All defendants have been served, and no further service is permitted without leave of court, good cause having been shown

1

1  under Federal Rule of Civil Procedure 16(b).

2  II.  JOINDER OF PARTIES/AMENDMENTS

3         No further joinder of parties or amendments to

4  pleadings will be permitted except with leave of court, good

5  cause having been shown under Federal Rule of Civil Procedure

6  16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

7  (9th Cir. 1992).

8  III. JURISDICTION/VENUE

9         Jurisdiction is predicated upon 28 U.S.C. § 1332,

10 because the parties are of diverse citizenship and the amount in

11 controversy exceeds $75,000.  Venue is undisputed and hereby

12 found to be proper.

13 IV.  DISCOVERY

14        The parties served the initial disclosures required by

15 Federal Rule of Civil Procedure 26(a)(1) by February 8, 2022.

16        The parties shall disclose experts and produce reports

17 in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

18 later than March 27, 2023.  With regard to expert testimony

19 intended solely for rebuttal, those experts shall be disclosed

20 and reports produced in accordance with Federal Rule of Civil

21 Procedure 26(a)(2) on or before May 1, 2023.

22        All discovery, including depositions for preservation

23 of testimony, is left open, save and except that it shall be so

24 conducted as to be completed by June 5, 2023.  The word

25 "completed" means that all discovery shall have been conducted so

26 that all depositions have been taken and any disputes relevant to

27 discovery shall have been resolved by appropriate order if

28 necessary and, where discovery has been ordered, the order has

been obeyed.  All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than June 5, 2023.

V.   <u>MOTION HEARING SCHEDULE</u>

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before August 7, 2023.  All motions shall be noticed for the next available hearing date.  Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

VI.   <u>FINAL PRETRIAL CONFERENCE</u>

The Final Pretrial Conference is set for October 23, 2023, at 1:30 p.m. in Courtroom No. 5.  The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 281 and 282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial

3

1   days.

2        In providing the plain, concise statements of

3   undisputed facts and disputed factual issues contemplated by

4   Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

5   that remain at issue, and any remaining affirmatively pled

6   defenses thereto.  If the case is to be tried to a jury, the

7   parties shall also prepare a succinct statement of the case,

8   which is appropriate for the court to read to the jury.

9   VII. <u>TRIAL SETTING</u>

10       The jury trial is set for December 12, 2023, at 9:00

11  a.m.  The parties estimate that the trial will last five to six

12  days.

13  VIII.    <u>SETTLEMENT CONFERENCE</u>

14       A Settlement Conference with a magistrate judge will be

15  set at the time of the Pretrial Conference.  Counsel are

16  instructed to have a principal with full settlement authority

17  present at the Settlement Conference or to be fully authorized to

18  settle the matter on any terms.  At least seven calendar days

19  before the Settlement Conference counsel for each party shall

20  submit a confidential Settlement Conference Statement for review

21  by the settlement judge.  The Settlement Conference Statements

22  shall not be filed and will not otherwise be disclosed to the

23  trial judge.

24  IX. <u>MODIFICATIONS TO SCHEDULING ORDER</u>

25       Any requests to modify the dates or terms of this

26  Scheduling Order, except requests to change the date of the

27  trial, may be heard and decided by the assigned Magistrate Judge.

28  All requests to change the trial date shall be heard and decided

1    only by the undersigned judge.

2              IT IS SO ORDERED.

3    Dated:   July 22, 2022

4                                        WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5