UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. PICKLE'S FRANCHISE SYSTEM, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK T. GALISATUS D/B/A "DUGOUT DELI",<br><br>Defendant. | Case No.   2:21-cv-01003-WBS-DB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** that all claims in this action are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: June 5, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE